**FILED**

APR 15 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ARTURO DIAZ-CARRILLO,<br><br>  Defendant. | No. CR-09-01076-PJH (DMR)<br><br>DETENTION ORDER |

## I. DETENTION ORDER

Defendant Arturo Diaz-Carrillo is charged in a one-count indictment with illegally re-entering the United States, in violation of 8 U.S.C. §§ 1326(a) and (b). On April 15, 2010, the United States moved for Mr. Diaz-Carrillo's detention pursuant to 18 U.S.C. § 3142(f)(2)(A) (because there is a serious risk that the defendant will flee). Mr. Diaz-Carillo waived his right to proffer information at this time *(see* 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine adverse witnesses, and to present information by proffer or otherwise), but expressly reserved his right to raise additional relevant information at a later hearing should circumstances change.

DETENTION ORDER
CR 09-01076 PJH (DMR)                                    1

cc: Copy to parties via ECF, Nichole, Pretrial Services, 2 Certified copies to US Marshal

After considering the limited information available to the Court, and the factors set forth in 18 U.S.C. § 3142(g), the Court detains Mr. Diaz-Carrillo because the preponderance of the evidence indicates that Mr. Diaz-Carrillo poses a serious risk of flight and no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure his appearance in this case. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985). This order is based on the nature of the charge.

## II. CONCLUSION

The Court detains Mr. Diaz-Carrillo as a serious flight risk. Because Mr. Diaz-Carrillo waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at defendant's request at any future time. Mr. Diaz-Carrillo shall remain committed to the custody of the Attorney General.

IT IS SO ORDERED.

DATED: April 15, 2010

_____
DONNA M. RYU
United States Magistrate Judge