JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TREVOR RUSIN  (CABN 241940)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3695
   Fax: (510) 637-3724
   E-Mail: trevor.rusin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-01076 PJH |
| ) | |
| v. ) | ORDER EXCLUDING TIME FROM APRIL 15, 2010, TO APRIL 19, 2010, FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A) and (B)) |
| ARTURO DIAZ-CARRILLO, ) | |
| ) | |
| Defendant. ) | |

     For the reasons stated in open court and to which the parties stipulated on April 15, 2010, the Court ordered time excluded under the Speedy Trial Act from April 15, 2010, to April 19, 2010, for continuity of counsel and to allow defense counsel to investigate the matter. The Court found that (A) failure to grant the continuance would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and (B) the ends of justice served by the continuance

//

[*United States* v. *Diaz-Carrillo*, CR 09-01076-PJH]
[Order Excluding Time]

1  outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §
2  3161(h)(1)(7)(A) & (B)(iv).

4          IT IS SO ORDERED.

6  DATED: 4/16/2010

   HON. DONNA M. RYU
7  United States Magistrate Judge

[*United States* v. *Diaz-Carrillo*, CR 09-01076-PJH]
[Order Excluding Time]