1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant DIAZ CARRILLO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   No. CR-09-01076-PJH (LB)
                                     )
12              Plaintiff,            )   STIPULATION TO CONTINUE;
                                     )   [PROPOSED] ORDER CONTINUING
13 vs.                                )   CASE AND EXCLUDING TIME UNDER
                                     )   THE SPEEDY TRIAL ACT
14 ARTURO DIAZ CARRILLO,              )
                                     )
15              Defendant.            )
   _____)
16

17      IT IS HEREBY STIPULATED, by and between the parties to this action, that the TRIAL

18 OR MOTIONS SETTING OR DISPOSITION HEARING date of May 7, 2010 presently

19 scheduled at 10:00 a.m., before the Hon. Laurel Beeler, be vacated and re-set for May 27, 2010

20 at 9:30 a.m., before the Oakland Duty Magistrate, for TRIAL OR MOTIONS SETTING OR

21 DISPOSITION HEARING.

22      The reason for this request is that defense counsel is presently reviewing newly provided

23 discovery and needs additional time to investigate and analyze it.

24      The parties agree and stipulate that the time until May 27, 2010 should be excluded,

25 under18 U.S.C. §3161(h)(7)(A) because the ends of justice served by the granting of the

26 continuance outweigh the bests interests of the public and the defendant in a speedy and public

                                        1

<mark>Case 4:09-cr-01076-PJH   Document 12   Filed 05/07/10   Page 2 of 3</mark>

1  trial. The continuance is necessary to accommodate counsel's preparation efforts.

3                                                           /s/

Date   5/06/10                          John Paul Reichmuth
                                                  Assistant Federal Public Defender
                                                  Counsel for defendant DIAZ CARRILLO


                                                    /s/

Date   05/06/10                       Trevor L. Rusin
                                                  Assistant United States Attorney

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.    /S/ John Paul Reichmuth
                                                    Counsel for Defendant Diaz-Carrillo

<mark>2</mark>

1 ORDER

2 The court finds that the ends of justice served by the granting of the continuance
3 outweigh the bests interests of the public and the defendant in a speedy and public trial. The
4 continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel.
5 Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is
6 continued to May 27, 2010 at 9:30 a.m., before the Oakland Duty Magistrate, and that time is
7 excluded from May 7, 2010 until May 27, 2010 pursuant to 18 U.S.C. § 3161(h)(7)(a).
8 IT IS SO ORDERED.

May 7, 2010
Date

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

3