JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TREVOR RUSIN  (CABN 241940)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3695
Fax: (510) 637-3724
E-Mail: trevor.rusin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>ARTURO DIAZ-CARRILLO,<br><br>       Defendant. | No. CR 09-01076 PJH<br><br>[PROPOSED] ORDER EXCLUDING TIME FROM MAY 27, 2010 TO JUNE 28, 2010, FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A) and (B)) |

For the reasons stated in open court and to which the parties stipulated on May 27, 2010, the Court ordered time excluded under the Speedy Trial Act from May 27, 2010, to June 28, 2010, to allow defense counsel to investigate the matter and additional legal issues.  The Court found that (A) failure to grant the continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation and review of discovery, taking into account the exercise of due diligence, and (B) the ends of justice served by the continuance

//

//

[*United States* v. *Diaz-Carrillo*, CR 09-01076-PJH]
[Order Excluding Time]

1 | outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §
2 | 3161(h)(1)(7)(A) & (B)(iv).
3 |
4 |       IT IS SO ORDERED.
5 |
6 | DATED: June 2, 2010
7 |                                 LAUREL BEELER
                                United States Magistrate Judge

[*United States* v. *Diaz-Carrillo*, CR 09-01076-PJH]
[Order Excluding Time]