1   BARRY J. PORTMAN
    Federal Public Defender
2   JOHN PAUL REICHMUTH
    Assistant Federal Public Defender
3   555 - 12th Street
    Suite 650
4   Oakland, CA 94607-3627
    Telephone:  (510) 637-3500
5
    Counsel for Defendant DIAZ CARRILLO
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )      No. CR-09-01076-PJH
                                        )
12                   Plaintiff,         )      STIPULATION TO CONTINUE;
                                        )      [PROPOSED] ORDER CONTINUING
13   vs.                                )      CASE AND EXCLUDING TIME UNDER
                                        )      THE SPEEDY TRIAL ACT
14   ARTURO DIAZ CARRILLO,              )
                                        )
15                   Defendant.         )
     _____)
16

17          IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18   TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING date of June 28, 2010

19   presently scheduled at 10:00 a.m., before the Hon. Donna M. Ryu, be vacated and re-set for
                        9:30 a.m.
20   July 29, 2010 at 10:00 a.m., before the Oakland Duty Magistrate, for TRIAL OR MOTIONS

21   SETTING OR DISPOSITION HEARING.

22          The reason for this request is that defense counsel is presently reviewing the provided

23   discovery, and needs additional time to investigate and analyze it.  Further, defense counsel

24   will be out on family-related leave for up to two weeks in the first half of July.

25          The parties agree and stipulate that the time until July 29, 2010 should be excluded,

26   under 18 U.S.C. §3161(h)(7)(A) and (B)(4)  because the ends of justice served by the granting

                                             1

1  of the continuance outweigh the bests interests of the public and the defendant in a speedy and

2  public trial. The continuance is necessary to accommodate counsel's preparation efforts and

3  continuity of counsel.

4

5                                         /s/
   Date   6/25/10                        John Paul Reichmuth

6                                             Assistant Federal Public Defender
                                              Counsel for defendant DIAZ CARRILLO

7

8

9                                         /s/
   Date    06/28/10                      Trevor L. Rusin

10                                             Assistant United States Attorney

11

12       I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
   within this efiled document.                     /S/ John Paul Reichmuth
                                             Counsel for Defendant Diaz-Carrillo

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

1

2                                    ORDER

3          The court finds that the ends of justice served by the granting of the continuance

4   outweigh the bests interests of the public and the defendant in a speedy and public trial. The

5   continuance is necessary to accommodate counsel's preparation efforts and continuity of

6   counsel.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned
                                                      9:30 a.m.
7   matter is continued to July 29, 2010 at ~~10:00 a.m.~~, before the Oakland Duty Magistrate, and

8   that time is excluded from June 28, 2010 until July 29, 2010 pursuant to 18 U.S.C. §

9   3161(h)(7)(A) and (B)(4).

10         IT IS SO ORDERED.

11

12

13   June 28, 2010
     _____          _____
     Date                                  HON. DONNA M. RYU
14                                         UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

                                             3