BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DIAZ CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-01076-PJH |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE; ORDER |
| ) | CONTINUING CASE AND EXCLUDING |
| vs. ) | TIME UNDER THE SPEEDY TRIAL ACT |
| ) | |
| ARTURO DIAZ CARRILLO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING date of July 29, 2010 presently scheduled at 10:00 a.m., before the Hon. Donna M. Ryu, be vacated and re-set for August 25, 2010 at 10:00 a.m., before the Oakland Duty Magistrate, for TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING.

   The reason for this request is that defense counsel is presently reviewing the provided discovery, and needs additional time to investigate and analyze it. Further, defense counsel was out on family-related leave from July 1 until July 19, 2010.

   The parties agree and stipulate that the time until August 25, 2010 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and (B)(4) because the ends of justice served by the granting of

1

1 | the continuance outweigh the bests interests of the public and the defendant in a speedy and
2 | public trial. The continuance is necessary to accommodate counsel's preparation efforts and
3 | continuity of counsel.

5 | Date   7/28/10                                   /s/
                                                    John Paul Reichmuth
6 |                                                 Assistant Federal Public Defender
                                                    Counsel for defendant DIAZ CARRILLO

9 | Date   07/28/10                                  /s/
                                                    Trevor L. Rusin
10 |                                                Assistant United States Attorney

12 |    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.      /S/ John Paul Reichmuth
                                                    Counsel for Defendant Diaz-Carrillo

1
2                                           ORDER
3         The court finds that the ends of justice served by the granting of the continuance
4   outweigh the bests interests of the public and the defendant in a speedy and public trial. The
5   continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel.
6   Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is
7   continued to August 25, 2010 at 10:00 a.m., before the Oakland Duty Magistrate, and that time is
8   excluded from July 29, 2010 until August 25, 2010 pursuant to 18 U.S.C. § 3161(h)(7)(A) and
9   (B)(iv).
10        IT IS SO ORDERED.
11
12
13  7/28/2010
    Date                                          HON. DONNA M. RYU
14                                                UNITED STATES MAGISTRATE JUDGE