MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TREVOR RUSIN  (CABN 241940)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3695
   Fax: (510) 637-3724
   E-Mail: trevor.rusin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> ARTURO DIAZ-CARRILLO, ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. CR 09-01076 PJH <br><br> ORDER EXCLUDING TIME FROM AUGUST 25, 2010, TO SEPTEMBER 10, 2010, FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A) and (B)) |

     For the reasons stated in open court and to which the parties stipulated on August 25, 2010, the Court ordered time excluded under the Speedy Trial Act from August 25, 2010, to September 10, 2010, to allow for continuity of counsel as the defendant will be represented by a new assistant federal public defender in this case.  The Court found that (A) failure to grant the continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence and continuity of

//

//

[*United States* v. *Diaz-Carrillo*, CR 09-01076-PJH]
[Order Excluding Time]

counsel issues, and (B) the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

      IT IS SO ORDERED.

DATED:  8/25/2010

HON. DONNA M. RYU
United States Magistrate Judge

[*United States* v. *Diaz-Carrillo*, CR 09-01076-PJH]
[Order Excluding Time]