1  BARRY J. PORTMAN
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant DIAZ CARRILLO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-09-01076-PJH (LB)
                                    )
12                Plaintiff,        )   STIPULATION TO CONTINUE;
                                    )   [PROPOSED] ORDER CONTINUING
13 vs.                              )   CASE AND EXCLUDING TIME UNDER
                                    )   THE SPEEDY TRIAL ACT
14 ARTURO DIAZ CARRILLO,            )
                                    )
15                Defendant.        )
   _____)
16

17      IT IS HEREBY STIPULATED, by and between the parties to this action, that the TRIAL

18 OR MOTIONS SETTING OR DISPOSITION HEARING date of September 10, 2010 presently

19 scheduled at 10:00 a.m., before the Hon. Laurel Beeler, be vacated and re-set for October 18, 2010

20 at 10:00 a.m., before the Oakland Duty Magistrate, for TRIAL OR MOTIONS SETTING OR

21 DISPOSITION HEARING.

22      The reason for this request is that Ellen Leonida, the undersigned Assistant Federal Public

23 Defender, recently assumed representation of Mr. Diaz-Carillo and requires additional time to

24 review the discovery and conduct any necessary investigation. Defense counsel is also unavailable,

25 due to pre-planned leave, between September 13, 2010 and October 1, 2010.

26
   No. CR-09-01076-PJH (LB)
   Stipulation & [Proposed] Order Continuing Case
   and Excluding Time under the Speedy Trial Act        1

1     The parties agree and stipulate that the time until October 18, 2010 should be excluded, under 18 U.S.C. §3161(h)(7)(A) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts.

Date    September 8, 2010            /s/  
                                              Ellen V. Leonida  
                                              Assistant Federal Public Defender  
                                              Counsel for defendant DIAZ CARRILLO

Date    September 8, 2010            /s/  
                                              Trevor L. Rusin  
                                              Assistant United States Attorney

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.     /S/ Ellen V. Leonida  
                                                                                                Counsel for Defendant Diaz-Carrillo

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to October 18, 2010 at 10:00 a.m., before the Oakland Duty Magistrate, and that time is excluded from September 10, 2010 until October 18, 2010 pursuant to 18 U.S.C. § 3161(h)(7)(a).

IT IS SO ORDERED.

September 9, 2010
Date

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE