MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

TREVOR RUSIN (CABN 241940)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3695
   Fax: (510) 637-3724
   E-Mail: trevor.rusin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-01076 PJH |
| ) | |
| v. ) | ORDER EXCLUDING TIME FROM OCTOBER 18, 2010, TO NOVEMBER 10, 2010, FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A) and (B)) |
| ARTURO DIAZ-CARRILLO, ) | |
| ) | |
| Defendant. ) | |

     For the reasons stated in open court and to which the parties stipulated on October 18, 2010, the Court ordered time excluded under the Speedy Trial Act from October 18, 2010, to November 10, 2010, to allow for continuity of counsel and effective preparation of counsel as new counsel for the defendant requires additional time to review discovery. The Court found that (A) failure to grant the continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence and continuity of counsel issues, and (B) the ends of justice served by the continuance

//

//

[*United States* v. *Diaz-Carrillo*, CR 09-01076-PJH]
[Order Excluding Time]

1  outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §
2  3161(h)(1)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED:  10/20/2010

HON. DONNA M. RYU
United States Magistrate Judge

[*United States* v. *Diaz-Carrillo*, CR 09-01076-PJH]
[Order Excluding Time]